1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL F. VILLANUERA, III, | ) | No. C 12-1230 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| WARDEN MIKE MARTELL, | ) | |
| Respondent. | ) | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim.

IT IS SO ORDERED.

DATED: ___4/30/12___

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Villanuera230jud.wpd