IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL F. VILLANUERA, III, ) | No. C 12-1230 LHK (PR) |
| Petitioner, ) | JUDGMENT |
| vs. ) | |
| WARDEN MIKE MARTELL, ) | |
| Respondent. ) | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim.

IT IS SO ORDERED.

DATED: 4/30/12

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Villanuera230jud.wpd